**FILED**

**JUDGMENT ENTERED**

**August 22, 2005**
Date
by  \_\_\_\_\_G. Lucas_____
Deputy Clerk

U.S. District Court
Eastern District of California

\_\_\_X\_\_  FILE CLOSED

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

THOMAS FRAZIER,

       Plaintiff,

vs.

UNITED PARCEL SERVICE, INC.,
JOHN ACHA, and
STEVE JOHNSON

       Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

CV-F-02-6509 OWW/

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of the defendants, and against the plaintiff.

DATED:

                              JACK L. WAGNER, Clerk

                              /s/ GREG LUCAS
                     By:
                              Deputy Clerk

jgm.civ
2/1/95