1  E. JEFFREY GRUBE (SB# 167324)
   SANA SWE (SB# 173024)
2  ANNETTE M. RITTMULLER (SB# 211882)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
5  Facsimile: (415) 856-7100

6  Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
7
   WILLIAM J. SMITH (SB# 056116)
8  SHELLEY G. BRYANT (SB#222925)
   W. J. SMITH & ASSOCIATES
9  2350 West Shaw Avenue, Suite 132
   Fresno, California 93711
10 Telephone: (559) 432-0986
   Facsimile: (559) 432-4871

FILED

2005 AUG 18 P 4: 28

CLERK, US DIST COURT
EASTERN DIST. OF CALIF

BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THOMAS FRAZIER, | CASE NO. CIV-F-02-6509 OWW LJO |
|---|---|
| Plaintiff, | **STIPULATED [PROPOSED] ORDER REGARDING EVIDENCE OF DISCIPLINE AND ALLEGED DISCRIMINATION PRIOR TO MARCH 30, 2001** |
| vs. | |
| UNITED PARCEL SERVICE, INC., JOHN ACHA, STEVE JOHNSON, and DOES 1 through 20, inclusive, | |
| Defendant. | Date: August 10, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

On March 9, 2005, the parties met and conferred concerning the admissibility of certain events and documents that concern events preceding March 29, 2001 (which is the date Mr. Frazier ultimately stopped working for UPS). In the interests of cooperation and, hopefully, to save time of the Court, the parties hereby stipulate as follows:

(1) <u>Plaintiff May Present Evidence Of Only Three Complaints Of Discrimination That Form The Basis For His Retaliation Claim</u>: (i) Plaintiff's alleged complaint

to Gary Cooper regarding Larry McElhenie asking him to stand in one spot on March 9, 2000; (ii) Plaintiff's alleged complaint to Gary Cooper regarding Jim Wood discharging him for the December 6, 1999 accident; and (iii) Plaintiff's alleged complaint at a local review meeting on the morning of March 29, 2001 about not being allowed to float, the discipline he received for being behind a building in June 2000, and the March 2000 incident involving Mr. McElhine. Defendant does not agree that any of these complaints were made as alleged. The purpose of this agreement is simply to limit the introduction of facts surrounding prior discipline of Plaintiff to these three events that Plaintiff will say he complained about. The parties therefore agree that that the following discipline-related documents concerning these three events shall be admitted into evidence in *unredacted* form:

- D-0092 and D-0396 regarding March 9, 2000
- D-0041 and D-0378 regarding December 6, 1999
- D-0046; D-0072 (June 14, 2000, June 12, 2000)

(2)   Agreement On The Admissibility Of Disciplinary Documents Concerning Other Events – Redacted: The parties agree that the following, and only the following, disciplinary letters shall be admitted into evidence in redacted form (including the generic reason for discharge, but not the factual background):

- D-0057 (March 14, 2001)
- D-0052 (March 9, 2001)
- D-0055 (February 2, 2001)
- D-0050 (January 26, 2001)
- D-0096-0097; D-0347 (December 27, 2000, December 26, 2000)
- D-0063-0064 (October 20, 2000)
- D-0065-0066; D-0102-0103 (August 22, 2000)
- D-0049; D-0099-0100 (July 20, 2000, July 18, 2000, July 19, 2000)
- D-0045 (June 16, 2000)
- D-0047; D-0403 (June 14, 2000)
- D-0044; D-0075; D-0073 (June 14, 2000, June 7, 2000, June 6, 2000)
- D-0398 (April 7, 2000)
- D-0043 (April 7, 2000)
- D-0042; D-0395 (January 4, 2000, January 3, 2000)

- D-0376; D-0375 (December 15, 1998, December 11, 1998)
- D-0368; D-0412 (October 20, 1998, October 19, 1998)
- D-0338 (January 10, 1995)
- D-0336 (October 17, 1990)

The parties are precluded from referring to, interrogating any witness concerning, or introducing documents about the factual details concerning the discipline described in these letters.

This stipulation concerns only pre-March 29, 2001 discipline. Nothing in this stipulation is meant to limit at all the parties right to present evidence concerning discipline on or after March 29, 2001.

IT IS HEREBY STIPULATED.

PAUL, HASTINGS, JANOFSKY & WALKER LLP

Dated August 10, 2005 by: _____
E. JEFFREY GRUBE
Attorneys for Defendants
UNITED PARCEL SERVICE, INC.,

W. J. SMITH & ASSOCIATES

Dated August 10, 2005 by: _____
WILLIAM J. SMITH
Attorneys for Plaintiff
THOMAS FRAZIER

IT IS SO ORDERED.

DATED this _12th_ day of _August_, 2005

_____
THE HONORABLE OLIVER W. WANGER

SF/375358.1
Case No. Civ-F-02-6509 OWW LJO                           -3-                              ORDER RE PRIOR DISCIPLINE