E. JEFFREY GRUBE (SB# 167324)
SANA SWE (SB# 173024)
ANNETTE M. RITTMULLER (SB# 211882)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

WILLIAM J. SMITH (SB# 056116)
SHELLEY G. BRYANT (SB#222925)
W. J. SMITH & ASSOCIATES
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
Telephone: (559) 432-0986
Facsimile: (559) 432-4871

Attorneys for Plaintiff
THOMAS FRAZIER

FILED
2005 SEP 16 P 3:07
CLERK, US DIST COURT
EASTERN DIST OF CALIF
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THOMAS FRAZIER,

Plaintiff,

vs.

UNITED PARCEL SERVICE, INC., JOHN ACHA, STEVE JOHNSON, and DOES 1 through 20, inclusive,

Defendant.

CASE NO. CIV-F-02-6509 OWW LJO

**STIPULATED [~~PROPOS~~ED] ORDER REGARDING EXHIBITS AND EXPERT REPORTS**

Judge: Hon. Oliver W. Wanger

On August 15, 2005, the parties conferred concerning the admissibility of certain evidence and documents and evidence. In the interests of cooperation and, hopefully, to save time during the pending trial, the parties hereby stipulate as follows:

*Experts Reports*: The parties stipulate to the content of their expert reports in lieu of offering their expert witnesses provided that (1) the parties also submit the curriculum vitas of

the experts thereby providing the jury with the ability to compare the experts' relative backgrounds; and (2) the parties are permitted to submit revised report based on Plaintiff's current employment.

*Documents:*

**I. ADMITTED.**

| Exhibit | Agreement/Objection |
|---|---|
| 102-105 (documents regarding 1999 accident, from union file)<br>319 (handwritten note from union file)<br>328 (Pete Nunez notes) | Admitted as business records of the union. The parties agree that a limiting instruction should be issued that these exhibits are not being offered for the truth of the matters asserted. |
| 108 (Robbins Award) | Admitted. |
| 111 (1988 DOT safety regulations questionnaire) | Admitted. |
| 112 (documents from Plaintiff's personnel file) | Pages D-0025-28, D-0034, D-0069, D-0071, D-0094, D-0104, D-0109, D-0390, D-0393-94 only.<br>Admitted. |
| 113 (professional conduct and anti-harassment poster) | Admitted. |
| 114 (fairness respect dignity) | Admitted. |
| 116 (payroll history printouts) | Admitted. |
| 121 (Guidelines for Investigation of Workplace Issues) | Pages D-1665, D-1671 only.<br>Admitted. |
| 123 (Feeder Driver Training Manual) | Admitted. |
| 124 (job search log) | Admitted. (Plaintiff acknowledges that he cannot suggest that UPS interfered with any of these purported applications for jobs.) |

| Exhibit | Agreement/Objection |
|---|---|
| 125 (W-2s 1997-2004) | Admitted. |
| 301 (UPS 20-hour defensive driving course) | Admitted. |
| 303 (timecard for Tom Wright) | Admitted. |
| 312 (tractor-trailer road test report dated 9/20/96) | Admitted. |
| 313 (rules of procedure) | Admitted. |
| 316 (letter from Pete Nunez to Plaintiff dated August 16, 2001) | Admitted. |
| 317 (letter from Peter Nunez to Plaintiff dated September 28, 2001) | Admitted. |
| 318 (minutes of October 1-3, 2001 panel) | Admitted. |
| 330-332 (Plaintiff's interrogatory responses) | Admitted. |

**II. PARTIAL AGREEMENT AND/OR HEARING REQUESTED OUTSIDE THE PRESENCE OF THE JURY**

| Exhibit | Agreement/Objection |
|---|---|
| 115 (charge of discrimination) | The parties agree that the document should not be published to the jury. The parties agree that Plaintiff may utilize the document in response to a motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50. |
| 122 (UPS tutorial for supervisors and managers regarding avoiding racial and sexual harassment) | Defendant objects as follows – irrelevant; prejudicial. Defendant does not object to authenticity. The parties propose that the Court consider these objections. If this document is not admitted, UPS will provide a human resources representative to testify. UPS reserves the right to call its human resources witness regardless. |

Nothing in this agreement is meant to remove from evidence any document already admitted into evidence by the Court. This agreement covers exhibits that the parties believe have not yet been admitted.

Nothing in this agreement is meant to preclude a party from attempting to lay a foundation for and offering into evidence other exhibits not mentioned in this agreement.

DATED: August ____, 2005

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: ______________________
E. JEFFREY GRUBE

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED: August ____, 2005

W. J. SMITH & ASSOCIATES

By: ______________________
WILLIAM J. SMITH

Attorneys for Plaintiff
THOMAS FRAZIER

IT IS HEREBY STIPULATED.

IT IS SO ORDERED.

DATED this 16th day of August, 2005

THE HONORABLE OLIVER W. WANGER

SF/376011.3